IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
CASE NO. 6:14-CV-314-RBD-DAB

JAMES DAVID COOPER, JR., on behalf of himself and others similarly situated,
Plaintiff,

vs.

NELNET, INC., A Nebraska Corporation.

## DECLARATION OF JULIE REDELL

I, Julie Redell, hereby declare as follows:

1. I am a Senior Project Manager employed by Epiq Class Action & Claims Solutions ("Epiq") in Beaverton, Oregon. I am familiar with the actions taken by Epiq with respect to this case thus far and the corresponding proposed class notice program. This declaration is based upon my personal knowledge and information provided to me by counsel for Plaintiff and Defendant and associates and staff under my supervision, and it is accurate and truthful to the best of my knowledge.

2. Epiq is a full-service data processing company and has been administering bankruptcies since 1985 and settlements since 1993. Epiq has administered more than 1,000 settlements in some of the largest and most complex cases ever settled, including antitrust class actions. Epiq Systems has worked on some of the largest settlements to date, including the Deepwater Horizon Oil Spill, *In re: Payment Card Interchange*, *In re: Apple Inc. Securities Litigation*, *In re: Countrywide Financial Corp. Customer Data Security Breach Litigation*, Fair

Fund matters on behalf of the SEC, and consumer redress matters on behalf of the FTC. Our associates include technology experts, attorneys, paralegals, MBAs, and CPAs.

3. Epiq is a firm with more than 20 years of experience in data processing, claims processing, and settlement administration. Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notice, receipt and processing of opt-outs and objections by potential class members, coordination with the United States Postal Service, claims database management, claim adjudication, fund management, and distribution services. Epiq works with the settling parties, the Court, and the settlement class members in a neutral facilitation role, taking the negotiated terms of a settlement and implementing settlement administration services.

4. Based on our experience with other TCPA matters and implementing the reverse look-up process on those cases and discussions with third-party providers who perform reverse look up searches, generating current mailing address information for 76% of the Settlement Class is a reasonable assumption. Epiq will mail notice to Settlement Class Members identified during the reserve look-up process. As discussed with the parties, if the reverse look-up fails to identify at least 70% of the Settlement Class, Epiq shall cause Publication Notice to be published electronically on the internet or social media sites, to the extent necessary, to reach the expected threshold of 70% of the Settlement Class.

5. The estimated cost for Notice and Claims Administration is $124,207.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 19, 2015 in Beaverton, Oregon.

_____
JULIE REDELL