**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JAMES DAVID COOPER, JR.,

        Plaintiff,

v.                                                               Case No. 6:14-cv-314-Orl-37DAB

NELNET, INC.,

        Defendant.

**ORDER**

Before the Court is Robert M. Shaw's "Motion for Summery [sic] Judgment" (Doc. 89), filed September 11, 2015.

The Court previously denied Mr. Shaw's request to join this action. (Doc. 84.) Despite his belief to the contrary, as evidenced by the caption in his Motion (*see* Doc. 89), Mr. Shaw is not a plaintiff and his Motion is irrelevant to the substance of the class-action settlement agreement in this action. (*Compare id.* (demanding judgment under the Fair Debt Collection Practices Act), *with* Doc. 85 (approving the class-action settlement agreement for the Telephone Consumer Protection Act claim).)

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the "Motion for Summery [sic] Judgment" (Doc. 89) is **DENIED** and Robert M. Shaw is **PROHIBITED** from filing anything further in this matter. This case remains closed pursuant to the Court's Order at Doc. 85. Any further unauthorized filings in this case will be stricken.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 15, 2015.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record